UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM ANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>CORRECTIONAL MEDICAL SERVICES, INC.,<br>et al.,<br><br>    Defendants. | 04-2213 (WGB)<br><br>O R D E R |

ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

   This matter having come before the Court on the Report and Recommendation of United States Magistrate Judge Madeline Cox Arleo filed on March 30, 2005; and the Court having received no objections; and the Court having reviewed the Report and Recommendation and other documents on file in this matter; and

   For good cause shown;

   It is on this 27th day of April 2005 **ORDERED** that the Report and Recommendation of Magistrate Judge Arleo filed March 30, 2005 recommending denial of Plaintiff's motion for pro bono counsel and dismissal of the Complaint as to Defendants CMS and Dr. Patel is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and

   IT IS FURTHER ORDERED that Plaintiff's motion for

appointment of pro bono counsel is denied and the Complaint is dismissed with prejudice as to defendants CMS and Dr. Patel.

                                                      s/ WILLIAM G. BASSLER
                                                      WILLIAM G. BASSLER, U.S.S.D.J.